# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**In Re**:  Deborah Ann Bollenbach  Chapter 13
Dennis Allen Bollenbach  Case No. 16-50643
Debtor(s)  Judge: Mark A. Randon
_____/

## Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ___ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

**Trustee Objections:**
**Issues:**
**Creditor # 1:**  Objections:  Issues:
**Creditor # 2:**  Objections:  Issues:

3. _X_ Request an adjournment of the confirmation hearing to February 15, 2017, due to the following good cause:
> The Trustee has asked for verification of Debtors' income moving forward including Pension verification. Debtors have advised that Debtor Wife has yet to receive her pension, she expected it in November, she is uncertain of why it has not come yet, and has been told by the Pension provider that they will not be able to provide any answers until her dedicated account representative returns from leave. The representative is anticipated to return to work on January 5th, 2017. Debtors hope to have answers within a short time afterward.

4. ___ Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an

order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13.  In that event, a separate motion to dismiss must be filed within 10 days.]

5. ___ Convert the case to chapter 7.  [The debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice.  Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

Dated this Thursday, December 01, 2016.

*/s/ Brian P. Dunne P-71177*
*/s/ Michael G. Ardelean P-70212*
Ardelean & Dunne, PLLC
Attorneys for the Debtor(s)
24300 Southfield Road, Suite 308
Southfield, MI  48075
Phone: (248) 557-7488
Email: edmi@arddun.com